IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0646

IN THE MATTER OF:

C.C., Z.C., and K.M. IV.,

Youths in Need of Care.

## ORDER

Upon consideration of Counsel's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that the Appellant Mother in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and Austin Wallis.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order to all counsel of record and to the Appellant at her last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 6 2023